IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Monterey Bay Homes, LLC, ) | Civil Action No.: 4:12-cv-00891-RBH |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| Robert Chambers, Rene Chambers, ) | |
| Palmetto Design Group, LLC and ) | |
| Wall Tec, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

The Court has been advised by counsel for the parties that all claims, counterclaims, and cross-claims (however those claims are designated in this action) between Plaintiff Monterey Bay Homes, LLC and Defendants Robert Chambers, Rene Chambers, and Wall Tec, LLC have been settled. The Court **HEREBY ORDERS** that this action is **DISMISSED** without costs and *without prejudice* as to the claims between those parties only. The action shall proceed as to the claims pending between Plaintiff Monterey Bay Homes, LLC and Defendant Palmetto Design Group, LLC.

If settlement is not consummated within a reasonable time, either party may within thirty (30) days petition the Court to reopen the action and restore it to the calendar. Fed. R. Civ. P. 60(b)(6). In the alternative, to the extent permitted by law, either party may within thirty (30) days petition the court to enforce the settlement. *Fairfax Countywide Citizens v. Fairfax Cnty.*, 571 F.2d 1299 (4th Cir. 1978).

The dismissal of the claims hereunder shall be *with prejudice* if no action is taken under either alternative within thirty (30) days from the filing date of this Order.

**IT IS SO ORDERED.**

                                                          s/ R. Bryan Harwell
                                                          R. Bryan Harwell
                                                          United States District Judge

April 29, 2014
Florence, South Carolina